HENRY N. MOELLER, Individually and as Executor of HENRY MOELLER, Deceased, et al., Respondents, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant, and ·ANITA M. THOMAN, Individually, Respondent, Impleaded with Another.

Argued May 25, 1942; decided June 18, 1942.

*Mahlon A. Freeman* for appellant.

*John Edmond Hewitt, Arthur W. Graef* and *Albert Mannheimer* for plaintiffs, respondents.

*Christian S. Lorentzen* for Anita M. Thoman, individually, defendant-respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., and CONWAY, J.